UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In re: )
) Case No. 12-34345
LEISURE, ROGER WAYNE )
)
)
)
Debtor(s). )

# ORDER FOR PAYMENT OF UNCLAIMED FUNDS

This matter comes before the Court pursuant to 11 U.S.C. §347(a), 28 U.S.C. §2042, and the application of __Meredith F. Wilson and Doug R. Koester__, seeking payment of funds previously unclaimed by __Wilbur Koester Revocable Trust__ (creditor/claimant's name) in the above-entitled case. It appears from the application and supporting documentation that __Meredith F. Wilson and Doug R. Koester__ is entitled to the funds paid into Court.

Therefore,

**IT IS ORDERED** that the Clerk is directed to pay $ __4,269.56__ from the ~~Treasury Registry~~ **Unclaimed Funds** to:

Meredith F. Wilson and Doug R. Koester
20985 SE Lansing Ln
Damascus, OR 97089

DATED: 9-20-16

_____
UNITED STATES BANKRUPTCY JUDGE

EDC 6-950 (New 11/01)